IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Case No. 19-2727ADC

Deborah Omoshalewa Adu

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for **Friday 8/16/19** *(date)* at **10:30** *(time)* before **A. David Copperthite**, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom **7B**.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

August 15, 2019
Date

A. David Copperthite
United States Magistrate Judge